**FILED**

JUL 1 3 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CASE NUMBER  1:05CV01394

JUDGE: Henry H. Kennedy

DECK TYPE: Employment Discrimination

DATE STAMP: 07/13/2005

Marva Jean Herring,
3900 Bel Pre Rd. Ste # 1
Silver Spring MD 20906
        Plaintiff, *pro se*,

        )

        )

        v.

United States Attorney General; 10th + Const. Ave. N.W,
Wash DC 20530
United States Department of the Air Force; 1670 Air Force Pentagon
James G. Roche, Secretary, Department of Wash DC. 20330-1000
the Air Force; Gen. Richard Severson; Col  Col Shapiro/LTC Lieberman/MajThomas
Harvey Shapiro; Major Ted Thomas; LTC  459 TR  Aerospace Med Sq.
Clifford Lieberman; SMS Michael Cloud,  3757 — Oregon Circle
        )  Andrews, AFB, MD 20762-4814
        )  Gen Severson / Sms Cloud
        Defendants.  3758 Patrick Avenue
        Andrews AFB, MD 20762-4814

**COMPLAINT**

Plaintiff *pro se*, MARVA JEAN HERRING, on her own behalf, files this complaint

alleging violation of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e *et*

*seq.*

**Parties**

1.  Plaintiff *pro se* Marva Jean Herring is a citizen of the United States and resident of the

State of Maryland. At all times pertinent to the actions and decisions giving rise to this

complaint, Plaintiff was a member of the 459th Aerospace Medicine Squadron Reserve Unit at

Andrews Air Force Base, Maryland.

2.  Defendant United States Air Force is a Military Department of the United States with

its headquarters offices at The Pentagon, Washington, D.C.

3.  Defendant James G. Roche is the Secretary of the United States Air Force and the

official ultimately responsible for the official decisions and actions of officials of the various Air Force Reserve Units, including those actions and decisions of officials at the 459th Aerospace Medicine Squadron headquartered at Andrews Air Force Base, Maryland. He is named a defendant in this action in his official capacity as described above.

4. Defendant Brigadier General Richard Severson, at all times pertinent to Plaintiff's claims, was Commander of Andrews Air Force Base, Maryland. He is named a defendant in this action in his official capacity as described above.

5. Defendant Colonel Harvey Shapiro, at all times pertinent to Plaintiff's claims, was Commander of the 459th Aerospace Medicine Squadron headquartered at Andrews Air Force Base, Maryland. He is named a defendant in this action in his official capacity as described above.

6. Defendant Major Ted Thomas, at all times pertinent to Plaintiff's claims, was Plaintiff's immediate supervisor at the 459th Aerospace Medicine Squadron headquartered at Andrews Air Force Base, Maryland. He is named a defendant in this action in his official capacity as described above.

7. Defendant LTC Clifford Lieberman, at all times pertinent to Plaintiff's claims, was Plaintiff immediate supervisor at the 459th Aerospace Medicine Squadron headquartered at Andrews Air Force Base, Maryland. He is named a defendant in this action in his official capacity as described above.

8. Defendant Senior Master Sergeant Michael Cloud, at all times pertinent to Plaintiff's claims, was a Recruiter stationed at Andrews Air Force Base, Maryland. He is named a

defendant in this action in his official capacity as described above.

### Jurisdiction and Venue

9.  This court has subject matter jurisdiction over the claims set forth in this complaint as Plaintiff alleges violation of her civil rights protected by the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e *et seq.*  Venue is proper in this district because Defendant United States Air Force is headquartered and its business records are maintained within the District of Columbia; the other named Defendants, named in their official capacity only, are or were employed by the United States Air Force at all times pertinent to the decisions and actions giving rise to this complaint.

### Statement of Claims

10.  Plaintiff is a Board-certified and licensed dentist and veteran of the United States Army and Unites States Air Force, having served in those military branches as an enlisted personnel and as an officer for approximately 17 years.

11.  In July 2003, Plaintiff joined the 459th Aerospace Medicine Squadron, a Reserve Unit headquartered at Andrews Air Force Base, Maryland.  At the time Plaintiff joined the 459th Squadron, she was the only female dentist assigned to the Squadron.

12.  Plaintiff was recruited to join the 459th Squadron by Senior Master Sergeant Michael Cloud, who at the time was a Recruiter stationed at Andrews Air Force Base.

13.  During the time Plaintiff was assigned to the 459th Squadron, she had the same duties and responsibilities - and indeed she performed the same duties and responsibilities - as the three other dentists assigned to the 459th Squadron.  The three other dentists assigned to the

459th Squadron were male.

14.  Shortly after joining the 459th Squadron, Plaintiff discovered that the three male dentists assigned to the 459th Squadron and whose duties and responsibilities were the same as Plaintiffs', had each received a "sign-on" bonus in the amount of $30,000, with an initial payment of $10,000.

15.  Plaintiff questioned the difference in treatment relative to the "sign-on" bonuses paid to the male dentists in her unit and specifically questioned why she had not received a similar bonus.

16.  In pursuing answers to these questions and in requesting to be given the same treatment as that accorded the male dentists in her unit, Plaintiff followed the established chain-of-command and protocol.  In particular, Plaintiff discussed her concerns with and sought answers and requested relief from Defendants Cloud, Thomas, Lieberman and Shapiro, none of whom took any action to ensure Plaintiff received the relief she sought and deserved.

17.  Plaintiff was entitled to the same treatment with regard to the  "sign-on" bonuses paid to the similarly situated male dentists in her reserve unit.

18.  The actions of the named Defendants, agents of Defendant United States Air Force, constitute disparate treatment of Plaintiff solely because of her gender, and as a result, Plaintiff has suffered unjustifiably and to her detriment.

**WHEREFORE,** Plaintiff respectfully requests this Honorable Court to award her relief as follows:

a.  A "sign-on" bonus of $30,000, the amount received by the similarly situated male

dentists in Plaintiff's reserve unit;

    b. Compensatory and punitive damages in the amount of $500,000;

    c. Promotion to Lieutenant Colonel, USAF; and

    d. Such other relief as the Court finds just and appropriate.

Respectfully submitted

*(signature)*

MARVA JEAN HERRING, *pro se*
3900 Bel Pre Road  STE. # 1
Silver Spring, MD  20906
Telephone: (301) 552-5055

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Complaint was served by first class

mail, postage prepaid, this 13th day of July, 2005, on the following:

United States Attorney General
Department of Justice
Robert F. Kennedy Building
10th & Constitution Ave., N.W.
Washington, DC 20530

James G. Roche, Secretary
Department of the Air Force
1670 Air Force Pentagon
Washington, DC 20330-1000

General Richard Severson
3755 Patrick Avenue
Andrews Air Force Base, MD 20762-4814

Colonel Harvey Shapiro
459th Aerospace Medicine Squadron

3757 Oregon Circle
Andrews Air Force Base, MD 20762-4814

Major Ted Thomas
459th Aerospace Medicine Squadron
3757 Oregon Circle
Andrews Air Force Base, MD 20762-4814

LTC  Clifford Lieberman
459th Aerospace Medicine Squadron
3757 Oregon Circle
Andrews Air Force Base, MD 20762-4814

Senior Master Sergeant Michael Cloud
3755 Patrick Avenue
Andrews Air Force Base, MD 20762-4814

MARVA JEAN HERRING
3900 Bel Pre Road  STE. # 1
Silver Spring, MD  20906

Telephone:  (301) 552-5055