# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MARVA JEAN HERRING
3900 BEL PRE ROAD STE. # 1
SILVER SPRING, MD   20906

CASE NUMBER   1:05CV01394   H. H. K.

v.

U. S. ATTORNEY GENERAL et.al.

## AFFIDAVIT OF SERVICE

I,   MARVA JEAN HERRING                  , hereby declare that on the   3rd   of

SEPTEMBER   20 05  , I mailed a copy of the summons and complaint, certified mail return

receipt requested, to COL Harvey Shapiro Attached hereto is the green card acknowledging

service.

Copy Attached

MARVA JEAN HERRING
3900 BEL PRE ROAD STE. # 1
SILVER SPRING, MD   20906

# RECEIVED

NOV - 2 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Direct Query - Intranet - "Quick" Search



### Track/Confirm - Intranet Item Inquiry
### Multiple Item Result Screen

**The item(s) you queried are summarized below. If you would like to request a delivery record check the box in the "Select" column to the right of the item (if available). Learn more about** <u>Restore</u>.

| Detail | Item | Origin | Destination | Scheduled Delivery | Firm | Recipient | Event/Image Info | |
|---|---|---|---|---|---|---|---|---|
| 🖎 | 70051820000475245262 | 20706 | 20762 | 09/23/2005 | | | ACCEPT OR PICKUP | C |
| 🖎 | 70051820000475245255 | 20706 | 20762 | 09/23/2005 | WING | C NELSON | DELIVERED No Images | 1 |
| 🖎 | 70051820000475239698 | 20706 | 20762 | 09/23/2005 | | | ACCEPT OR PICKUP | C |
| 🖎 | 70051820000475238257 | 20706 | 20762 | 09/23/2005 | NAME UNAVAILABLE | M DUDLEY | DELIVERED | C |

| Request Delivery Record for Selected Items |
|---|

| Enter more items |
|---|

**Go to the Product Tracking System <u>Home Page</u>.**



RECEIVED

NOV - 2 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

http://pts.usps.gov/pts/multiLabel.do

10/26/200?