UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARVA JEAN HERRING
3900 BEL PRE ROAD STE. # 1
SILVER SPRING, MD  20906

CASE NUMBER    1:05CV01394 H.H.K.

v.

U. S. ATTORNEY GENERAL et.al.

### AFFIDAVIT OF SERVICE

I, MARVA JEAN HERRING, hereby declare that on the 3rd of SEPTEMBER 20 05, I mailed a copy of the summons and complaint, certified mail return receipt requested, to MAJ Ted Thomas. Attached hereto is the green card acknowledging service.

Copy attached

*Marva Jean H*
MARVA JEAN HERRING
3900 BEL PRE ROAD STE. # 1
SILVER SPRING, MD  20906

RECEIVED

NOV - 2 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Direct Query - Intranet - "Quick" Search                                    Page 1 of 1



### Track/Confirm - Intranet Item Inquiry
### Multiple Item Result Screen

The item(s) you queried are summarized below. If you would like to request a delivery record check the box in the "Select" column to the right of the item (if available). Learn more about Restore.

| Detail | Item | Origin | Destination | Scheduled Delivery | Firm | Recipient | Event/Image Info |
|---|---|---|---|---|---|---|---|
| 📧 | 70051820000475245262 | 20706 | 20762 | 09/23/2005 | | | ACCEPT OR PICKUP |
| 📧 | 70051820000475245255 | 20706 | 20762 | 09/23/2005 | WING | C NELSON | DELIVERED No Images |
| 📧 | 70051820000475239698 | 20706 | 20762 | 09/23/2005 | | | ACCEPT OR PICKUP |
| 📧 | 70051820000475238257 | 20706 | 20762 | 09/23/2005 | NAME UNAVAILABLE | M DUDLEY | DELIVERED |

[ Request Delivery Record for Selected Items ]

[ Enter more items ]

Go to the Product Tracking System **Home Page**.



U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

OFFICIAL USE
ANDREWS AIR FORCE BASE MD 20762

| Postage | $ | $0.60 |
| Certified Fee | | $2.30 |
| Return Receipt Fee (Endorsement Required) | | $1.75 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $4.65 |

Sent To: MAJ Ted Thompson
Street, Apt. No.; or PO Box No. 3755 Patrick ave
City, State, ZIP+4 Andrews AFB MD 20762

7005 1820 0004 7524 5255

http://pts.usps.gov/pts/multiLabel.do                                    10/26/2005