UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARVA JEAN HERRING
3900 BEL PRE ROAD STE. # 1
SILVER SPRING, MD  20906

CASE NUMBER   1:05CV01394   H.H.K.

v.

U. S. ATTORNEY GENERAL et.al.

AFFIDAVIT OF SERVICE

I, MARVA JEAN HERRING, hereby declare that on the 3rd of SEPTEMBER 2005, I mailed a copy of the summons and complaint, certified mail return receipt requested, to U.S. Attor. Gen. Attached hereto is the green card acknowledging service.

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
U.S. Attor. Gen
Robart F. Kennedy Bldg
10th + Const. Ave. N.W.
Wash, D.C.   20530

COMPLETE THIS SECTION ON DELIVERY
A. Signature  X [signature]   ☐ Agent  ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery SEP 2005
D. Is delivery address different from item 1?  ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7005 1820 0004 7523 8264

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

[signature]
MARVA JEAN HERRING
3900 BEL PRE ROAD STE. # 1
SILVER SPRING, MD  20906

RECEIVED
NOV - 2 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT