UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

*H.A.K.*

MARVA JEAN HERRING
3900 BEL PRE ROAD STE. # 1
SILVER SPRING, MD  20906

CASE NUMBER     1:05CV01394

v.

U. S. ATTORNEY GENERAL et.al.

## AFFIDAVIT OF SERVICE

I,  MARVA JEAN HERRING                    , hereby declare that on the  3rd  of

SEPTEMBER   20 05   , I ma led a copy of the summons and complaint, certified mail return

receipt requested, to *SMS Michael Clark* Attached hereto is the green card acknowledging

service.

*Copy attached*

MARVA JEAN HERRING
3900 BEL PRE ROAD STE. # 1
SILVER SPRING, MD  20906

RECEIVED
NOV - 2 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



## Track/Confirm - Intranet Item Inquiry - Domestic

**Item:** 7005 1820 0004 7523 9698      **Date/Time Mailed:** 09/22/2005 17:08

| | | | |
|---|---|---|---|
| **Destination** | **ZIP Code:** 20762 | **City:** ANDREWS AIR FORCE BASE | **State:** MD |
| **Origin** | **ZIP Code:** 20706 | **City:** LANHAM | **State:** MD |

**Class:** First Class

**Anticipated Delivery Date:** 09/23/2005

**Weight:** 0 lb(s) 2 oz(s)      **Postage:** $4.65

**Firm Book ID:** 5199 9990 0007 7830 8631

| **Special Services** | **Associated Labels** | **Amount** |
|---|---|---|
| CERTIFIED MAIL | 7005 1820 0004 7523 9698 | $2.30 |
| RETURN RECEIPT | | $1.75 |

| Event | Date/Time | Location | Scanner ID |
|---|---|---|---|
| ARRIVAL AT UNIT | 11/01/2005 07:55 | SILVER SPRING, MD 20906 | K028397 |
| | Request Delivery Record | | |
| DELIVERED | 10/31/2005 12:34 | ANDREWS AIR FORCE BASE, MD 20762 | M071048 |
| | Firm Name: WING | | |
| | Recipient: 'V PADUA' | | |
| | Request Delivery Record | | |

(A PS Form 3849, Delivery Receipt, has not been appended to this record. If the item was recently delivered, the Delivery Receipt may not yet have been scanned.)

| Event | Date/Time | Location | Scanner ID |
|---|---|---|---|
| NOTICE LEFT | 10/29/2005 13:00 | ANDREWS AIR FORCE BASE, MD 20762 | M071048 |
| ARRIVAL AT UNIT | 10/29/2005 12:58 | ANDREWS AIR FORCE BASE, MD 20762 | M071048 |
| | | LANHAM, MD 20706 | |

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

ANDREWS AIR FORCE BASE MD 20762

| | | |
|---|---|---|
| Postage | $ | $0.60 |
| Certified Fee | | $2.30 |
| Return Receipt Fee (Endorsement Required) | | $1.75 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $4.65 |

Postmark Here  SEABROOK LANHAM MD 20706  09/22/2005

Sent To SMS Michael Cloud

Street, Apt. No.; or PO Box No. 3755 Patrick ave.

City, State, ZIP+4 Andrews AFB, Md 20762

nd Item Number:

Extensive Search ○

Extensive Searches

sion 1.0

muitiple items.

7005 3820 0004 7523 9698