UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARVA JEAN HERRING
3900 BEL PRE ROAD STE. # 1
SILVER SPRING, MD  20906

CASE NUMBER   1:05CV01394   H.H.K.

v.

U. S. ATTORNEY GENERAL et.al.

## AFFIDAVIT OF SERVICE

I, MARVA JEAN HERRING, hereby declare that on the 3rd of SEPTEMBER 2005, I mailed a copy of the summons and complaint, certified mail return receipt requested, to Hon. James G. Roche, Sec AF. Attached hereto is the green card acknowledging service.

MARVA JEAN HERRING
3900 BEL PRE ROAD STE. # 1
SILVER SPRING, MD  20906

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT