UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARVA JEAN HERRING
3900 BEL PRE ROAD STE. # 1
SILVER SPRING, MD  20906

CASE NUMBER    1:05CV01394   H.H.K

v.

U. S. ATTORNEY GENERAL et.al.

AFFIDAVIT OF SERVICE

I, MARVA JEAN HERRING, hereby declare that on the 3rd of SEPTEMBER 2005, I mailed a copy of the summons and complaint, certified mail return receipt requested, to Gen. Richard Severson. Attached hereto is the green card acknowledging service.

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Gen. Richard Severson
3755 Patrick Ave
Andrews AFB, MD 20762

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  Carolyn Bowser    ☑ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
CAROLYN BOWSER    11 Oct 05

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7005 1820 0004 7523 8547

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

Marva Jean Herring
MARVA JEAN HERRING
3900 BEL PRE ROAD STE. # 1
SILVER SPRING, MD  20906

RECEIVED
NOV - 2 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT