UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

H.H.K.

MARVA JEAN HERRING
3900 BEL PRE ROAD STE. # 1
SILVER SPRING, MD  20906

CASE NUMBER   1:05CV01394

v.

U. S. ATTORNEY GENERAL et.al.

## AFFIDAVIT OF SERVICE

I, MARVA JEAN HERRING, hereby declare that on the 3rd of SEPTEMBER 2005, I mailed a copy of the summons and complaint, certified mail return receipt requested, to MAJ Ted Thomas. Attached hereto is the green card acknowledging service.

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
MAJ Ted Thomas
5900 Justina Drive
Seabrook, MD 20906

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X _____ ☐ Agent ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery 11/3/05
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7005 1820 0004 7523 9650

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

Marva Jean Herring
MARVA JEAN HERRING
3900 BEL PRE ROAD STE. # 1
SILVER SPRING, MD  20906

RECEIVED
NOV 29 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

H.H.K.

MARVA JEAN HERRING
3900 BEL PRE ROAD STE. # 1
SILVER SPRING, MD 20906

CASE NUMBER   1:05CV01394

v.

U. S. ATTORNEY GENERAL et.al.

## AFFIDAVIT OF SERVICE

I, MARVA JEAN HERRING, hereby declare that on the 3rd of SEPTEMBER 2005, I mailed a copy of the summons and complaint, certified mail return receipt requested, to MAJ Ted Thomas. Attached hereto is the green card acknowledging service.

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
MAJ Ted Thomas
White Oak Dental Clinic
11247 Lockwood Dr
Silver Spring, MD 20904

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee
B. Received by (Printed Name): S. Leroy
C. Date of Delivery: 11/4/05
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7005 1820 0004 7523 9667

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

MARVA JEAN HERRING
3900 BEL PRE ROAD STE. # 1
SILVER SPRING, MD 20906

RECEIVED
NOV 29 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT