UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

H.H.K.

MARVA JEAN HERRING
3900 BEL PRE ROAD STE. # 1
SILVER SPRING, MD  20906

CASE NUMBER    1:05CV01394

v.

U. S. ATTORNEY GENERAL et.al.

RECEIVED

DEC - 5 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## AFFIDAVIT OF SERVICE

I, MARVA JEAN HERRING, hereby declare that on the 3rd of SEPTEMBER 2005, I mailed a copy of the summons and complaint, certified mail return receipt requested, to SMS Michael Cloyd. Attached hereto is the green card acknowledging service.

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   SMS Michael Cloyd
   101 Colorado St.
   Travis Air Force Base, CA 94535

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]   ☐ Agent  ☒ Addressee

B. Received by (Printed Name)  Michael Cloyd    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
   7005 1820 0004 7523 9674

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

[signature: Marva Jean Herring]

MARVA JEAN HERRING
3900 BEL PRE ROAD STE. # 1
SILVER SPRING, MD   20906



Home | Help



Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7005 1820 0004 7523 9674**
Detailed Results:

- Delivered, November 23, 2005, 1:44 pm, TRAVIS AFB, CA 94535
- Notice Left, November 22, 2005, 12:16 pm, TRAVIS AFB, CA 94535
- Acceptance, November 12, 2005, 12:31 pm, UPPER MARLBORO, MD 20774

( < Back )        ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.



### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. 

 POSTAL INSPECTORS     site map   contact us   government services   jobs   National & Premier Accounts
Preserving the Trust     Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy