UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARVA JEAN HERRING
3900 BEL PRE ROAD STE. # 1
SILVER SPRING, MD 20906

CASE NUMBER: 1:05CV01394 HHK

v.

U. S. ATTORNEY GENERAL et.al.

### AFFIDAVIT OF SERVICE

I, MARVA JEAN HERRING, hereby declare that on the 3rd of SEPTEMBER 20 05, I mailed a copy of the summons and complaint, certified mail return receipt requested, to _____ Attached hereto is the green card acknowledging service.

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Clifford Lieberman, DDS
4720 Harlequin Way
Chesapeake, VA 23321

2. Article Number (Transfer from service label): 7005 1820 0004 7523 9643

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature X _____ ☐ Agent ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes ☐ No
3. Service Type: ☐ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

MARVA JEAN HERRING
3900 BEL PRE ROAD STE. # 1
SILVER SPRING, MD 20906

**RECEIVED**
DEC 21 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT