UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARVA JEAN HERRING | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-1394 HHK |
| | ) |
| UNITED STATES ATTORNEY | ) |
| GENERAL , et al., | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

PRAECIPE

The Clerk will please enter the appearance of Assistant United States Attorney, Benton

Peterson as counsel for defendants in this action.

Respectfully submitted,

_____

BENTON G. PETERSON
Assistant United States Attorney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Praecipe has been made via the

Court's electronic case filing system and by mailing a copy thereof to:

3900 Bel Pre Road
Suite 1
Silver Spring, MD 20906

on this 10th day of January, 2006

_____

BENTON G. PETERSON
Assistant United States Attorney