UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARVA JEAN HERRING )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES ATTORNEY )<br>GENERAL, et al., )<br>)<br>Defendants. )<br>_____) | Civil Action No. 05-1394 HHK |

DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME,
AND MEMORANDUM IN SUPPORT THEREOF

Defendants[1] in the above-captioned case hereby move, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an order setting the time by which they must respond to the Complaint at sixty days from the date of service on the Office of the United States Attorney.

Plaintiff has brought this action against the United States Attorney General and several named federal defendants. The Office of the United States Attorney has not been served with a copy of the summons and complaint. In this connection, Rule 4(i)(l) of the Federal Rules of Civil Procedure requires service on the United States Attorney for the District in which a civil action is brought by hand delivery of the summons and complaint to the United States Attorney, or an Assistant United States Attorney or clerical employee designated to receive service on the United States Attorney's behalf. In this Office, the United States Attorney has designated the Secretary, or acting Secretary, to the Chief of the Civil Division, as well as the Secretaries to the Deputy Chiefs of the Division, as persons to whom hand-delivery of a summons and complaint

---

[1] The undersigned are authorized to represent the named defendants for the purpose of seeking this enlargement of time.

may be made. Alternatively, Rule 4(i)(1) permits service to be accomplished by sending the summons and complaint by registered or certified mail addressed to the "Civil Process Clerk" at the Office of the United States Attorney. Plaintiff has not effected service upon the United States Attorney in the manner provided by the Federal Rules of Civil Procedure.

Rule 12(a)(3)(A) of the Federal Rules of Civil Procedure, allows an officer or employee of the United States who is sued in his official capacity to file an answer within 60 days after service upon the United States Attorney. Thus, the time for defendants' response to the complaint will not begin to run until proper service on the United States Attorney.

Accordingly, defendants request that the date by which they must respond to the Complaint in this action be set at sixty days from service on the Office of the United States Attorney. Pursuant to Rule 7(m) of the Local Rules of the United States District Court for the District of Columbia, on January 9, 2006, counsel for defendants attempted to contact plaintiff, appearing pro se, via telephone, concerning the present Motion. Plaintiff has not responded prior to the filing of this motion.

A proposed order consistent with the foregoing is attached hereto.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney

_____
R. CRAIG LAWRENCE, D.C. Bar #171538
Assistant United States Attorney

                                        _____
                                        BENTON G. PETERSON, WI. Bar #1029849
                                        Assistant United States Attorney
                                        Judiciary Center Building
                                        555 4th Street, N.W. – Civil Division
                                        Washington, D.C.  20530
                                        (202) 514-7238;(202) 514-8780 (Facsimile)
                                        **Benton.Peterson@usdoj.gov**

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Defendants' Motion For Enlargement Of Time, And Memorandum In Support Thereof and proposed order have been made via the Court's electronic case filing system and by mailing copies thereof to:

    3900 Bel Pre Road
    Suite 1
    Silver Spring, MD 20906

on this 10th day of January, 2006.

                                                _____
                                                BENTON G. PETERSON
                                                Assistant United States Attorney
                                                Judiciary Center
                                                555 4th Street, N.W.
                                                Washington, D.C. 20530
                                                (202) 514-7238