UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARVA JEAN HERRING )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES ATTORNEY )<br>GENERAL, et al., )<br>)<br>Defendants. )<br>_____) | Civil Action No. 05-1394 HHK |

ORDER

UPON CONSIDERATION of Defendants' Motion For Enlargement Of Time, And Memorandum In Support Thereof, the grounds stated therefor and the entire record in this matter, it is by the Court this _____ day of _____, 2006, hereby

ORDERED that the said motion be and hereby is granted; and it is

FURTHER ORDERED that defendants shall respond to the Complaint in this action within sixty days from the date that service is effected on the Office of the United States Attorney for the District of Columbia.

_____
UNITED STATES DISTRICT JUDGE

Benton G. Peterson
Assistant U.S. Attorney
Judiciary Center
555 4th Street, N.W.
Washington, D.C. 20530

Marva Jean Herring, Pro se
3900 Bel Pre Road
Suite #1
Silver Spring, MD 20906