UNITED STATES DISTRICT COURT
FOR THE DISTRIC OF COLUMBIA

| | |
|---|---|
| MARVA JEAN HERRING, </br></br>Plaintiff, </br></br>v. </br></br>UNITED STATES AIR FORCE, </br></br>Defendant. | ) </br> ) </br> ) </br> ) Case No. 1:05CV01394 </br> ) </br> ) </br> ) </br> ) </br> ) |

### DECLARATION OF MAJOR JERI K. LAHMANN, USAFR

I, Major Jeri K. Lahmann, USAFR, do hereby declare:

1. I am a Major in the Air Force Reserve and the Commander of the 459th Mission Support Flight, Andrews, AFB, Maryland. As part of my official duties, I am the custodian of the personnel files of members of the 459th Aerospace Medicine Squadron.

2. The personnel records of Major Marva J. Herring, USAFR, a member of the 459th Aerospace Medicine Squadron, are maintained by the 459th Mission Support Flight.

3. Based upon a review of the data in her official Air Force personnel record, Major Marva J. Herring, USAFR served in military status with the 459th Aerospace Medicine Squadron as a traditional reservist from July 13, 2002 until present. According to the 459th Aerospace Medicine Squadron, she was never employed as a civilian.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed this 20th day of November 2005.

JERI K. LAHMANN, Major, USAFR