UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARVA JEAN HERRING,<br><br>         Plaintiff,<br><br>     v.<br><br>UNITED STATES ATTORNEY<br>GENERAL, et al.,<br><br>         Defendants. | Civil Action 05-01394 (HHK) |

**ORDER DIRECTING PLAINTIFF TO RESPOND TO
DEFENDANTS' DISPOSITIVE MOTION**

This matter comes before the court upon defendants' motion to dismiss [#13], filed February 23, 2006.

In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the D.C. Circuit held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion. "That notice ... should include an explanation that the failure to respond ... may result in the district court granting the motion and dismissing the case." *Id.* at 509. Failure to respond to the defendant's motion to dismiss may result in the court granting that motion as conceded, thereby possibly resolving the entire case in favor of defendants.

Accordingly, it is this 27th day of February, 2006, hereby

**ORDERED** that plaintiff file her opposition to defendants' motion on or before March 24, 2006. If plaintiff fails to file a response or opposition to defendants' motion by this deadline, the court may enter judgment in favor of defendant. *See* LCvR 7(b).

Henry H. Kennedy, Jr.
United States District Judge