UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARVA JEAN HERRING            )
                              )
        Plaintiff pro se,     )
                              )
                              )
V.                            )     CIVIL ACTION 1-05CV01394 (HHK)
                              )
                              )
MICHAEL W. WYNNE,             )
SECRETARY, DEPARTMENT         )
OF THE AIR FORCE              )
        Defendants.           )

PLAINTIFF'S RESPONSE TO DEFENDANTS'
MOTION TO DISMISS

COMES NOW, Plaintiff pro se in the above-captioned matter and responds to Defendants' Motion to Dismiss as follows:

At the time Plaintiff filed her cause of action, she did not know and was otherwise not aware of the improper venue for filing. Plaintiff likewise was not aware at the time she filed her court action that the Jurisdiction of the District Court does not include the Military Reserve. As such, the Military has established internal procedures for such claims.

Accordingly, Plaintiff does not object to the Court's dismissal on jurisdictional grounds her complaint. Plaintiff respectfully requests dismissal without prejudice.

Respectfully Submitted,

*[signature]*

MARVA JEAN HERRING, pro se
3900 Bel Pre Rd. Ste. #1
Silver Spring, MD 20906

RECEIVED

MAR 24 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CERTIFICATE OF SERVICE

I hereby certify that the foregoing Plaintiff's Response to Defendants' Motion to Dismiss was served by first class mail, postage prepaid, this March 24, 2006, as follows:

United States Attorney
For the District of Columbia
555 Fourth Street, N.W.
Washington, D.C. 20530

_____
Marva Jean Herring