UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARVA JEAN HERRING,**<br><br>                    **Plaintiff,**<br><br>         **v.**<br><br>**U.S. ATTORNEY GENERAL, et al.,**<br><br>                    **Defendants.** | Civil Action 05-01394 (HHK) |

**ORDER**

Upon consideration of defendants' unopposed motion to dismiss [#13], filed February 23, 2006, it is this 28th day of March, 2006, hereby

**ORDERED** that defendants' motion is **GRANTED**, and it is further

**ORDERED** that the complaint in this case is **DISMISSED**.


                                                            Henry H. Kennedy, Jr.
                                                            United States District Judge